UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILAN DEDIOL | CIVIL ACTION |
| VERSUS | NUMBER: 08-4256 |
| BEST CHEVROLET AND DONALD CLAY | SECTION: "C" 1 |

**J U D G M E N T**

Considering the Court having granted the motion for summary judgment filed by defendants Best Chevrolet, Inc. and Donald Clay and having ordered that plaintiff's state law assault claim be dismissed; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Milan Dediol's claims against defendants Best Chevrolet, Inc. and Donald Clay of age harassment and religious harassment/constructive discharge are DISMISSED with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's state law assault claim is DISMISSED without prejudice.

New Orleans, Louisiana, this 20th day of July 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE